# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**JERMAINE T. DAVIS,**
Appellant,

v.

**PALM BEACH COUNTY PROPERTY APPRAISER,**
Appellee.

No. 4D21-2751

[June 9, 2022]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Joseph Marx, Judge; L.T. Case No. 502018CA006246XXXXMB.

Nicole A. Milson of Milson Law, PA, Miami, for appellant.

Neil B. Jagolinzer and Jay R. Jacknin of Jacknin & Jagolinzer, P.A., West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

MAY, KLINGENSMITH and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***